UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-00895-SSS-SPx | Date | May 6, 2026 |
|---|---|---|---|
| Title | *Jessica Marie Rountree v. Freedom Mortgage et al.* | | |

Present: The Honorable        SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE
FAILURE TO PROSECUTE**

On March 25, 2026, the Court denied Defendant Freedom Mortgage Corporation's Motion to Dismiss without prejudice for failure to comply with Local Rule 7-3.  [Dkt. No. 20].  Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendant's responsive pleading was due within 14 days of that order. To date, the docket reflects neither a renewed motion, an answer, nor any application for entry of default by Plaintiff.

District courts have inherent authority to manage their dockets and may dismiss an action for failure to prosecute under Federal Rule of Civil Procedure 41(b).  *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing, no later than **May 15, 2026, at 12:00 p.m.** why this action should not be dismissed for failure to prosecute.  Plaintiff may discharge this Order by (1) filing a request for entry of default against Freedom Mortgage Corporation or (2) filing a status report explaining the procedural posture and proposed next steps.

Failure to respond to this Order by the deadline will result in dismissal without further notice.

**IT IS SO ORDERED.**